**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Raymond Brooks Kummer and Carol Kummer, individually and for all those similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. ) ) | |
| Continental Resources, Inc., and Oklahoma Corporation, ) ) ) | Case No. 4:12-cv-121 |
| Defendant. ) | |

Before the court are motions for attorneys David E. Bengston, Matthew J. Salzman, Jordan E. Keiffer, and Ashley G. Hawkinson to appear *pro hac vice* on defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys David E. Bengston, Matthew J. Salzman, Jordan E. Keiffer, and Ashley G. Hawkinson have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 3-6) are **GRANTED**. Attorneys David E. Bengston, Matthew J. Salzman, Jordan E. Keiffer, and Ashley G. Hawkinson are admitted to practice before this court in this action on defendant's behalf.

**IT IS SO ORDERED.**

Dated this 20th day of November, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge